# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| BETHENE DEIBERT, | Civil No. 09-2532 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| THE STANDARD INSURANCE COMPANY, | |
| Defendant. | |

---

Alesia Strand and Thomas Beedem, III, **BEEDEM LAW OFFICE,** 200 Sixth Street, Suite 1450, Minneapolis, MN 55402, for plaintiff.

Molly Hamilton and Terrance Wagener, **MESSERLI & KRAMER P.A.,** 1400 Fifth Street Towers, 100 South Fifth Street, Minneapolis, MN 55402, for defendant.

This matter is before the Court upon the stipulation of dismissal filed by the parties on August 25, 2010 [Docket No. 13].

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, on the merits, and without an award of attorneys' fees or costs to either party.

Dated: August 26, 2010
at Minneapolis, Minnesota        s/ John R. Tunheim
                                                    JOHN R. TUNHEIM
                                           United States District Judge